DAN MARMALEFSKY (BAR NO. 95477)
DMarmalefsky@mofo.com
DAVID F. McDOWELL (BAR NO. 125806)
DMcDowell@mofo.com
PURVI G. PATEL (BAR NO. 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

MARC P. MILES (BAR NO. 197741)
MMiles@callahan-law.com
CALLAHAN & BLAINE
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: 714.241.4444
Facsimile: 714.241.4445

Attorneys for Defendants
MONSTER ENERGY COMPANY
AND MONSTER BEVERAGE
CORPORATION

FILED
12 DEC -3 PM 12:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WOODING, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>MONSTER ENERGY COMPANY, MONSTER BEVERAGE CORPORATION F/K/A HANSEN NATURAL CORPORATION, and DOES 1-10,<br><br>Defendants. | Case No.<br>SACV12-2090 DOC (JPRx)<br><br>**DEFENDANTS MONSTER ENERGY COMPANY AND MONSTER BEVERAGE CORPORATION'S NOTICE OF REMOVAL**<br><br>[Orange County Superior Court Case No. 30-2012-00609716-CU-BT-CXC] |

# NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453, Defendants Monster Energy Company and Monster Beverage Corporation respectfully submit this Notice of Removal of this case from the Superior Court of the State of California for the County of Orange to the United States District Court for Central District of California, Southern Division (the federal district in which this action is pending).

## PROCEDURAL HISTORY AND TIMELINESS OF REMOVAL

1. On November 5, 2012, Plaintiff Jennifer Wooding, purportedly on behalf of herself and all others similarly situated, filed a civil action in the Superior Court of the State of California for the County of Orange entitled *Jennifer Wooding v. Monster Energy Company, et al.*, Case No. 30-2012-00609716-CU-BT-CXC. (*See* Exhibits A and B to the concurrently-filed Declaration of Dan Marmalefsky.)

2. On November 7, 2012, Plaintiff served the summons and complaint on Monster Energy Company by personal service. (Marmalefsky Dec. ¶ 2, Ex. A.)

3. On November 7, 2012, Plaintiff served the summons and complaint on Monster Beverage Corporation by personal service. (Marmalefsky Dec. ¶ 3, Ex. B.)

4. Defendants' removal notice is timely. See 28 U.S.C. § 1446(b) (removal is timely if filed within 30 days of defendants' receipt of the pleading).

5. Pursuant to 28 U.S.C. § 1446(a), copies of all state court pleadings, processes, and orders served on Monster Energy Company and Monster Beverage Corporation are attached as Exhibits A and B to the Marmalefsky Declaration.

# BASIS FOR REMOVAL JURISDICTION

6. <u>Generally</u>. The action is removable pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §§ 1332(d) and 1453(b), for at least the following reasons:

7. <u>Covered Class Action Consisting of More Than 100 Members</u>. Plaintiff purports to bring the action on behalf of "[a]ll persons who purchased Monster Rehab Green Tea + Energy (the 'SUBJECT PRODUCT') until the date notice is disseminated to the Class." (Compl. ¶ 44; *see also* ¶¶ 45-51.) Plaintiff alleges that "the proposed Class contains millions of members." (*Id.* ¶ 45.) *See* 28 U.S.C. §§ 1332(d)(1) & (2), 1453(a) & (b).

8. <u>Diversity</u>. The minimal diversity standard of CAFA is met as long as any one defendant is a citizen of a different state than any member of the class of plaintiffs. 28 U.S.C. § 1332(d)(2)(A).

 a. The putative nationwide class includes members from every state. (*See* Compl. ¶¶ 9, 13, 44.)

 b. Defendant Monster Energy Company is a Delaware corporation with its principal place of business in the State of California. (Declaration of Thomas J. Kelly ¶ 2, filed concurrently herewith.) *See Hertz Corp. v. Friend*, 130 S.Ct. 1181, 1186 (2010) (adopting the "nerve center test," which locates a corporation's principal place of business in the place "where the corporation's high level officers direct, control, and coordinate the corporation's activities," "typically" the corporation's headquarters). Accordingly, pursuant to 28 U.S.C. § 1332(c)(1), Monster Energy Company is, and at all relevant times was, a citizen of Delaware and California.

 c. Defendant Monster Beverage Corporation is a Delaware corporation with its principal place of business in the State of California. (Kelly Dec. ¶ 3.) *See Hertz Corp.*, 130 S.Ct. at 1186. Accordingly, pursuant to 28 U.S.C.

§ 1332(c)(1), Monster Beverage Corporation is, and at all relevant times was, a citizen of Delaware and California.

    d. The citizenship of defendants sued as "Does" is disregarded for purposes of removal. 28 U.S.C. § 1441(a).

Thus, this putative nationwide class action satisfies the diversity requirements of 28 U.S.C. § 1332(d)(2)(A) because any member of a class of plaintiffs (all States) is a citizen of a state different from any defendant (Delaware and California).

    9.    <u>Amount in Controversy – Alleged Damages</u>. Under CAFA, the claims of individual class members are aggregated to determine if the amount in controversy exceeds the required "sum or value of $5,000,000, exclusive of interest and costs." 28 U.S.C. §§ 1332(d)(2), (d)(6). Plaintiff alleges five causes of action: violation of the Consumers Legal Remedies Act (Cal. Civ. Code § 1750 *et seq.*), violation of the unfair competition law (Cal. Bus. & Prof. Code §17200 *et seq.*), breach of express warranty, breach of implied warranty, and unjust enrichment. (Compl. ¶¶ 52-99.) Plaintiff seeks, on behalf of herself and "millions" of putative class members, *inter alia*, damages, restitution, disgorgement of all monies acquired by Defendants, declaratory and injunctive relief, and punitive damages. (Compl. ¶ 45, Prayer for Relief following ¶ 99.) Without conceding any merit to Plaintiff's damages allegations or causes of action, the amount in controversy here satisfies CAFA's jurisdictional threshold.

Plaintiff asserts that "Defendants have taken millions of dollars" from consumers who purchased Monster Rehab Green Tea + Energy (the product at issue), that she brings this action in part to "obtain redress for those who have purchased" Monster Rehab Green Tea + Energy, and that "unless a class is certified, Defendants will retain monies received as a result of their conduct that was taken from Plaintiff and proposed Class members." (Compl. ¶¶ 3, 8, 10, 50.) Specifically, Plaintiff seeks restitution in the form of "all moneys paid for" Monster

-

Rehab Green Tea + Energy and "disgorgement of profits Defendants received from sales" of the product. (*E.g.*, Compl. ¶¶ 81, 94.)

From October 2011 (when Monster Energy Company first began selling Monster Rehab Green Tea + Energy) to October 2012, Monster Energy Company's sales of Monster Rehab Green Tea + Energy in the United States have exceeded $5,000,000. (Kelly Dec. ¶ 7.) While Defendants dispute that they are liable to Plaintiff or to the putative class (or that Plaintiff or the putative class suffered injury or incurred damages in any amount whatsoever) and make no admission as to whether class action treatment is appropriate or warranted in this case, for purposes of satisfying the jurisdictional prerequisites of CAFA, the amount in controversy exceeds $5,000,000.

10. <u>Amount in Controversy – Attorney's Fees</u>. Plaintiff also seeks an award of attorney's fees. (Compl. ¶¶ 81, 94, "Prayer for Relief" ¶ I.) This amount should also be included in the amount in controversy. *See Goldberg v. CPC Int'l, Inc.*, 678 F.2d 1365 (9th Cir. 1982).

11. <u>No CAFA Exclusions</u>. This action does not fall within any exclusion to removal jurisdiction recognized by 28 U.S.C. § 1332(d). Plaintiff brings this action on behalf of a nationwide class of "[a]ll persons who purchased Monster Rehab Green Tea + Energy (the 'SUBJECT PRODUCT') until the date notice is disseminated to the Class." (Compl. ¶ 44.) Plaintiff does not allege that over one third of the putative class comprises citizens of California. Nor can the complaint as pleaded support such a conclusion. Therefore, even though Monster Energy Company and Monster Beverage Corporation are citizens of California (and Delaware), the exclusions to removal jurisdiction do not apply. *See* 28 U.S.C. § 1332(d).

//
//
//

## DEMAND FOR JURY TRIAL

12.  Defendants Monster Energy Company and Monster Beverage Corporation demand trial by jury on all issues raised in this action upon which a jury trial is permitted.

## NOTICE TO STATE COURT

13.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Superior Court for the County of Orange. (*See* Marmalefsky Dec. Ex. C, attaching without exhibits the Notice of Filing of Notice of Removal.)

Accordingly, Defendants respectfully submit that this action is removed properly pursuant to the Class Action Fairness Act.

Dated: December 3, 2012

MORRISON & FOERSTER LLP

By: _____
Dan Marmalefsky
Attorneys for Defendants
*Monster Energy Company* and *Monster Beverage Corporation*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

**SACV12- 2090 DOC (JPRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [✓] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Jennifer Wooding, On Behalf of Herself, All Others Similarly Situated and the General Public

**DEFENDANTS**
Monster Energy Company, Monster Beverage Corporation f/k/a Hansen Natural Corporation, and DOES 1-10

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Anne Andrews (Bar No. 103280), John C. Thornton (Bar No. 84492), Sean Thomas Higgins (Bar No. 266888) ANDREWS & THORNTON
2 Corporate Park, Suite 110, Irvine, CA 92602; Tel: (949) 748-1000

**Attorneys (If Known)**
Dan Marmalefsky (Bar No. 95477), David F. McDowell (Bar No. 125806), Purvi G. Patel (Bar No. 270702) MORRISON & FOERSTER LLP
555 West Fifth Street, Los Angeles, California 90013; Tel: (213) 892-5200

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☒ Yes ☐ No     ☒ **MONEY DEMANDED IN COMPLAINT:** $ Not Specified

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Removal pursuant to 28 U.S.C. 1332; Violations of Cal. Bus. & Prof. Code 17200 and CLRA, breach of express warranty, breach of implied warranty, unjust enrichment

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV |  | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations |  | **SOCIAL SECURITY** |
| ☒ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise |  | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee |  | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions |  |  | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |
|  | ☐ 290 All Other Real Property |  |  |  |  |

**FOR OFFICE USE ONLY:** Case Number: SACV12 2090

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Named Plaintiff resides in Huntington Beach, California, which is in Orange County | Putative class is nationwide |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Defendants Monster Energy Company and Monster Beverage Corporation are incorporated in the state of Delaware with their principal place of business in Corona, California, which is in Riverside County |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Allegedly nationwide | Allegedly nationwide |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _/s/_____   Date December 3, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |