Anne Andrews (BAR NO. 103280)
aa@andrewsthornton.com
John C. Thornton (BAR NO. 84492)
jct@andrewsthornton.com
Sean Thomas Higgins (BAR NO. 266888)
shiggins@andrewsthornton.com
ANDREWS & THORNTON
2 Corporate Park, Suite 110
Irvine, California 92602
Telephone: 949.748.1000
Facsimile: 949.315.3540

Attorneys for Plaintiff
JENNIFER WOODING

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WOODING, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONSTER ENERGY COMPANY, MONSTER BEVERAGE CORPORATION F/K/A HANSEN NATURAL CORPORATION, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. SACV12-2090 DOC (JPRx)<br><br>**ORDER AND JUDGMENT DISMISSING INDIVIDUAL CLAIMS WITH PREJUDICE AND DISMISSING PROPOSED CLASS CLAIMS WITHOUT PREJUDICE  [26]** |

[PROPOSED] ORDER AND JUDGMENT

la-1206856

Plaintiff Jennifer Wooding and Defendants Monster Energy Company and Monster Beverage Corporation have jointly stipulated to the dismissal of Plaintiff's claims in this action. The Court, having been duly advised thereof, hereby **ORDERS** as follows:

1. Plaintiff Jennifer Wooding's individual claims in this action are dismissed with prejudice;
2. The proposed class claims are dismissed without prejudice; and
3. The parties are to bear their own costs.

**IT IS SO ORDERED.**

Dated: April 16, 2013

*/s/ David O. Carter*
Honorable David O. Carter
United States District Judge